M. F. Loughran et al., Appellees, v. John A. Gorman, Appellant.

Gen. No. 5549.

APPEALS AND ERRORS—*when affirmance results by operation of law.* If but two of the justices participate upon the hearing of an appeal and they disagree, an affirmance by operation of law results.

Foreclosure. Appeal from the Circuit Court of Will county; the Hon. DORRANCE DIBELL, Judge, presiding. Heard in this court at the October term, 1911. Affirmed. Opinion filed March 13, 1912.

J. L. O'DONNELL, T. F. DONOVAN and J. A. BRAY, for appellant.

BARR, McNAUGHTON & BARR, for appellee.

PER CURIAM. Mr. Presiding Justice Dibell tried this case in the court below and therefore took no part in its consideration here. The other members of the court have given the case a careful examination and are divided in opinion as to whether the decree should be affirmed or reversed. The decree is therefore affirmed by operation of law.

The authorities for the affirmance of a judgment by an equally divided court are collected in Binder v. Langhorst, 139 Ill. App. 493.

*Decree affirmed.*